

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN M. DEAN

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY

CIVIL ACTION

NO. 07-881-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 27, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying the claim of John M. Dean for disability and supplemental security income (SSI) benefits will be affirmed and this action will be dismissed.

Baton Rouge, Louisiana, May 27, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA